# COURT OF APPEALS
## FOR THE
## THIRD DISTRICT OF TEXAS
P.O. BOX 12547, AUSTIN, TEXAS 78711-2547
(512) 463-1733

Date:            June 6, 2013

Case Numbers:    03-11-00641-CV through 03-11-00643-CV
                 03-11-00742-CV through 03-11-00785-CV

Trial Court Nos.: D-1-GN-08-00285, D-1-GN-07-004383, and D-1-GN-07-0043811
                 D-1-GN-08-002597, D-1-GN-08-000107; D-1-GN-08-002877, D-1-GN-08-002700,
                 D-1-GN-08-001604, D-1-GN-08-002878, D-1-GN-08-001309, D-1-GN-08-002594,
                 D-1-GN-07-003908, D-1-GN-08-001698, D-1-GN-07-004215, D-1-GN-07-003912,
                 D-1-GN-07-004379, D-1-GN-08-001697, D-1-GN-08-000109, D-1-GN-08-000108,
                 D-1-GN-08-002850, D-1-GN-07-004137, D-1-GN-08-000111, D-1-GN-08-001603,
                 D-1-GN-08-001764, D-1-GN-07-004135, D-1-GN-08-000105, D-1-GN-08-002848,
                 D-1-GN-08-002879, D-1-GN-08-000110, D-1-GN-08-001763, D-1-GN-08-000465,
                 D-1-GN-07-004373, D-1-GN-08-002595, D-1-GN-08-001517, D-1-GN-07-004380,
                 D-1-GN-08-001765, D-1-GN-08-002699, D-1-GN-08-001762, D-1-GN-07-004378,
                 D-1-GN-08-000467, D-1-GN-08-002849, D-1-GN-08-002593, D-1-GN-08-002880,
                 D-1-GN-08-000104, D-1-GN-08-000468, D-1-GN-08-000466, and D-1-GN-08-002876

Style:           Vista Medical Center Hospital v. Texas Mutual Insurance Company

The enclosed opinion and judgments were sent this date to the following persons:

The Honorable Amalia Rodriguez-Mendoza
District Clerk
Travis County Courthouse
P. O. Box 1748
Austin, TX 78767

Mr. Bryan D. Snoddy
Assistant Attorney General
Administrative Law Division
P. O. Box 12548, Capital Station
Austin, TX 78711-2548

Mr. David F. Bragg
Law Office of David F. Bragg, P.C.
P. O. Box 2047
Bastrop, TX 78602

Mr. Thomas B. Hudson, Jr.
Graves, Dougherty, Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, TX 78701

The Honorable Stephen Yelenosky
District Judge, 345th District Court
Travis County Courthouse
P.O. Box 1748
Austin, TX 78767

Mr. Nicholas Canaday, III
Downs Stanford, P.C.
115 Wild Basin Road, Suite 207
Austin, TX 78746